## WOODWORTH v. STATE.
### No. 25765.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

The complaint and information appear regular on their face; nothing being presented for review, the judgment of the trial court is affirmed.